ments. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

CAPITOL COAT, APRON & LINEN SERVICE CORP., Respondent, v. WESTERN MILLERS MUTUAL FIRE INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT ADAMS, Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

MASTER EQUITIES CORPORATION et al., Respondents, v. J. FRANK DARLING et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of the order with notice of entry thereof on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

ELVINA HAGEWICK, Respondent, v. H. & P. RESTAURANT CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

In the Matter of PAUL COHEN, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

HENRY ENGEL, Respondent, v. ISAAC ENGEL, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and application denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.

ROBERT CHEEK, JR., Respondent, v. SARAH CHEEK, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.

PETER A. URQUHART, an Infant, by TERESA WILSON, His Guardian ad Litem, Respondent, v. JOHN A. URQUHART, Appellant, and VIVIEN C. URQUHART, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the plaintiff-respondent, with leave to the defendant-appellant to answer or otherwise move with respect to the complaint within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.; Peck, J. taking no part. [185 Misc. 915.]

WILLIAM G. FERRIS, Respondent, v. AMERICAN SOUTH AFRICAN LINE, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.

BEATRICE RABINOWITZ, Appellant, v. ROBERT RABINOWITZ, Respondent.— Order denying plaintiff's motion for the appointment of a receiver to sequester property of the defendant and for additional counsel fee unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.

BEATRICE RABINOWITZ, Appellant, v. ROBERT RABINOWITZ, Respondent.— Order reducing alimony to the sum of $20 weekly and permitting defendant to liquidate the arrears by payment of $5 weekly in addition to current alimony unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.

ROSE M. BINON, Respondent, v. GEORGES M. BINON, Appellant, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $20 costs